IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:09-CR-0384** |
| | : | |
| **v.** | : | |
| | : | |
| **JOSEPH W. NAGLE** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Nagle's Motion to Vacate Convictions and Sentence filed pursuant to 28 U.S.C. § 2255 (Doc. 377) is **DENIED**.

                                          s/Sylvia H. Rambo
                                          SYLVIA H. RAMBO
                                          United States District Judge

Dated: March 28, 2019